Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR06-5529FDB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL ROGER YATES, ) | |
| ) | |
| Defendant. ) | |

After consideration of the government's stipulated motion to continue the sentencing hearing,

IT IS HEREBY ORDERED that the motion is GRANTED and the sentencing hearing is continued to October 12, 2007.

DATED this 5th day of June, 2007.

/s/ Franklin D Burgess
FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/ Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

Order Continuing Sentencing/CR06-5529FDB - 1
U.S. v. Michael Yates

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800